# United States District Court

Southern **DISTRICT OF** California

**In the Matter of the Search of**
(Name, address or brief description of person or property to be searched)
Express Mail EB657971857US addressed to Tom Johnstone, 3110 Chateau Way, Lemongrove, CA 91945 with a return address of Gary Wright, 2313 E 3rd St. Panama City, Fl 32401.

## SEARCH WARRANT

CASE NUMBER: '08 MJ 0069

TO: P. G. Garn, Postal Inspector   and any Authorized Officer of the United States

Affidavit(s) having been made before me by P. G. Garn, Affiant, who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
The above described Mail article, which is in the custody of the U.S. Postal Service

in the Southern District of California there is now concealed a certain person or property, namely (describe the person or property)
Materials, and documents reflecting the distribution of controlled substances through the United States Mail, including money paid or negotiable instruments for controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846 which is evidence.

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 1/19/08
                                                    Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to LOUISA S. PORTER U.S. MAGISTRATE JUDGE
                                                                                                 U. S. Judge or Magistrate
as required by law.

1/9/08  3:30 p.m.     at   San Diego, Ca.
Date and Time Issued       City and State

LOUISA S. PORTER
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer                Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 1-9-2008 | 1-9-2008  1600 HRS | USPS |

**INVENTORY MADE IN THE PRESENCE OF**

R.L. Tanael and P.G. Garn Postal Inspectors

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Express Mail EB657971857US

From: Gary Wright
2313 E. 3rd St.
Panama City, FL 32401

To: Tom Johnstone
3110 Chateau Way
Lemongrove, CA 91945

Containing
- white envelope
- 8 Money Gram Money Orders in amount of $500
- 3 Walmart Money Gram Money Orders in amount of $1000
- 3 Money Gram Money Orders in amount of $300
- 1 Money Gram Money Order in amount of $100
- 4 Western Union Money Orders in amount of $500
- 2 USPS Money Orders in amount of $500
- 10 USPS Money Orders in amount of $1000

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

P G Garn

Subscribed, sworn to, and returned before me this date.

_U.S. Judge or Magistrate_     1/10/08  _Date_